# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BASSIM MALIH,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, New Orleans Field Office Director of Immigration and Customs Enforcement; U.S. Department of Homeland Security, Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement,<br><br>    Respondents. | No. 2:26-cv-2150-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed February 13, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed March 9, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 10, 2026
Date